UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LARRY HISTON, | ) | NO. CV 10-8135-CAS(E) |
| Petitioner, | ) | |
| v. | ) | ORDER OF DISMISSAL |
| VINCENT S. CULLEN, Warden, | ) | |
| Respondent. | ) | |

Petitioner filed a "Petition for Writ of Habeas Corpus By a Person in State Custody" on October 28, 2010. Petitioner is serving a sentence of 25 years to life imposed by the Superior Court in 1995 (Petition at 2). Petitioner alleges that, after the Superior Court denied him *coram nobis* relief in 2009, the Superior Court clerk erred by failing to accept a notice of appeal from this *coram nobis* denial (Petition at 5). The Petition purports not to challenge any conviction or sentence (Petition at 2).

Petitioner's claims, which challenge only an alleged error in a state court collateral review proceeding, are not cognizable on

1 | federal habeas corpus.  See Ortiz v. Stewart, 149 F.3d 923, 939 (9th
2 | Cir. 1998), cert. denied, 526 U.S. 1123 (1999) ("federal habeas relief
3 | is not available to redress alleged procedural errors in state post-
4 | conviction proceedings."); Franzen v. Brinkman, 877 F.2d 26, 26 (9th
5 | Cir.), cert. denied, 493 U.S. 1012 (1989) ("a petition alleging errors
6 | in the state post-conviction review process is not addressable through
7 | [federal] habeas corpus proceedings").[1]

8 |
9 |   For the foregoing reasons, the Petition is denied and dismissed
10 | with prejudice.  See Rule 4 of the Rules Governing Section 2254 Cases
11 | in the United States District Courts ("If it plainly appears from the
12 | ///
13 | ///
14 | ///
15 | ///
16 | ///
17 | ///
18 | ///
19 | ///
20 | ///
21 | ///
22 | ///
23 | ///

---

[1] This Court previously denied on the merits Petitioner's habeas challenge to his 1995 Superior Court conviction.  See Histon v. Smith, CV 97-4666-CAS(AJW).  This Court also previously denied as "second or successive" subsequent attempts by Petitioner to challenge this conviction.  See, e.g., Histon v. Wong, CV 09-1261-CAS(E); Histon v. Ayers, CV 06-4778-CAS(E).

1  petition and any attached exhibits that the petitioner is not entitled
2  to relief in the district court, the judge must dismiss the petition .
3  . .").

5    LET JUDGMENT BE ENTERED ACCORDINGLY.

7    DATED:      November 2     , 2010.

10   _____
     CHRISTINA A. SNYDER
11   UNITED STATES DISTRICT JUDGE

14  PRESENTED this 1st day of
15  November, 2010, by:

17  _____
    CHARLES F. EICK
18  UNITED STATES MAGISTRATE JUDGE

3