UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LARRY HISTON, | ) | NO. CV 10-8135-CAS(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| VINCENT S. CULLEN, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: _____November 2_____, 2010.

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE